Bivens action Complaint Form
~~PRISONER CIVIL RIGHTS ACT COMPLAINT FORM~~
~~42 U.S.C. §1983~~   28 U.S.C Section 1331 and 1343 (a)(3)
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Joseph Howard DAVIS
(Enter above full name of Plaintiff/only
One plaintiff permitted per complaint.)

v.

Joseph BARINGER
Duane BARNES
Jeff JENKINS
(Enter above full name of defendant or defendants.)

Case No. 5:18cv16

RECEIVED
CHARLOTTE, NC
JAN 22 2018
Clerk, US District Court
Western District of NC

RECEIVED
STATESVILLE, NC
JAN 25 2018
Clerk, U. S. Dist. Court
W. Dist. of N. C.

I.  PREVIOUS LAWSUITS

  A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (X)

  B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit describe the additional lawsuits on an additional sheet of paper, using the same outline.
     1. Parties to previous lawsuits:
        Plaintiffs: _____
        _____

        Defendants: _____
        _____

     2. Court (if federal court, name the district; if state court, name the county): _____

     3. Docket number: _____

     4. Name of presiding judge: _____

     5. Disposition (for example, was the dismissed? Appealed? Is it still pending?)
        _____

     6. Approximate date of case filing: _____

II. PREVIOUS IN FORMA PAUPERIS LAWSUITS

A. While incarcerated or detained in any facility, have you filed a lawsuit in any federal court in which you were allowed to proceed in forma pauperis (without prepayment of fees)?
Yes ( ) No (X)
1. Name the court and docket number for each:
_____
_____

B. Were any of these cases dismissed under 28 U.S.C. §1915(d) on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted?
Yes ( ) No (X)
1. If yes, how many?
2. Name the court and docket number for each action:
_____
_____

III. EXHAUSTION OF INMATE ADMINISTRATIVE REMEDIES
A. Did you present the facts of each claim relating to your complaint to the Inmate Grievance Commission or any other available administrative remedy procedure?
Yes (X) No ( )

B. If your answer is Yes:
1. When did you file your grievance?

July 2017

2. What was your grievance?

U.S. Dept. of Justice & internal affairs for misconduct also i have contacted H.S.I ICE

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure? Yes ( ) No (X)

If yes, when was the decision and what was the result?

No one ever contacted me in this matter. I belive bringing this matter to the Att. of the Courts would force an Action.

C. If your answer to A is no, identify the claim(s) and explain why not:

The three officers listed in this Complaint with held relevant information in a federal federal drug Case (Brady information) and also Comitted Purjury in Violation of 18 U.S.C. 1001 & 28 U.S.C. 1746(1) by falsifieng information. (See Attach 1&2)

WDNC – Prisoner 1983 Complaint – May 2013    Case 5:18-cv-00016-FDW  Document 1  Filed 01/22/18  Page 2 of 5    Page 2

IV. PARTIES
   A. Plaintiff's Name:
   Joseph Howard Davis
   Address/Place of Confinement: 2351 Morganton Blvd S.W, Lenoir NC
   28645. (Caldwell County Jail)
   B. Defendant(s)

   Name of Defendant 1: Joseph Baringer
   Position: Special agent Department of Homeland Security
   Place of Employment: Hickory Police department Hickory N.C
   Current Address:

Additional Defendant(s) provide name, position, place of employment, and current address for each.

   Defendant 2: Jeff Jenkins
   detective with Hickory police department Homeland Security
   Hickory police department, Hickory N.C

   Defendant 3: Duane Barnes
   detective for State Bureau of Investigation
   Alexander County Sheriff's office, Alexander N.C

   Defendant 4: _____

(Continue on separate sheet if necessary.)

V. STATEMENT OF CLAIM
   State here as briefly as possible the FACTS in your case. Do this by describing how each defendant named in Section IV B. above is personally involved in depriving you of your rights. All relevant times, dates, and places should be included. YOU MAY, BUT NEED NOT, GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. You may only combine claims involving events that relate to all defendants. Number and set forth each separate claim in a separate paragraph. Unrelated claims involving separate events must be set out in a separate complaint. (Attach additional sheets if necessary.)

1- Defendant(s) Joseph Baringer, Jeff Jenkins and Duane Barnes conspired together to commit Constitutional violations against the plaintiff Joseph Howard Davis and in return caused a miscarriage of Justice. The (3) defendants took the stand in a federal district Court in the Western District of North Carolina Statesville division on July 24 and July 25, 2017 and made statements against the plaintiff that was not consistant with the investigation reports. See Atch-1

VI. REQUESTED RELIEF

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. YOU NEED NOT MAKE ANY LEGAL ARGUMENTS, OR CITE ANY CASES OR STATUTES.

I ask that the Courts allow a Jury trial as so the plaintiff can seek Compensatory damages against Joseph Baringer, Duane Barnes and Jeff Jenkins in the amount of $91,000.00 for time of employment lost wages plus $200.00 a day every day this matter is pending in Court, and i ask the (3) defendants be responsible for all Court Cost involved in this matter.

I am also seeking punitive damages from Jeff Jenkins in the amount of $70,000.00 to be split between the Children of the plaintiff, Chandler Gauge Davis and Paisleigh Ann Davis, To be released on their 18th Birthday for the time they was removed from their home because of this matter.

Date: 1-9-2018      Signature: Joseph Howard Davis
                    Prison ID #: 165866