# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Joseph Howard Davis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 5:18-cv-00016-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Duane Barnes | ) | |
| Joseph Baringer | ) | |
| Jeff Jenkins**,** | ) | |
| Defendant(s), | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 31, 2018 Order.

January 31, 2018

_____

Frank G. Johns, Clerk
United States District Court